**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

CONTINENTAL REAL ESTATE     :
COMPANIES          :
             :  Case No. _____
             :
     Plaintiff,     :  Judge _____
             :
  v.           :
UNITED STATES SMALL BUISINESS  :
ADMINISTRATION; Isabella Casillas Guzman, :
in her official capacity as Administrator  :
Of the Small Business Administration  :
             :
THE UNITED STATES OF AMERICA  :
c/o Kenneth L. Parker, U.S. Attorney  :

     Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1.1, the undersigned, on behalf of Plaintiff, Continental Real Estate Companies, certifies to the best of my knowledge and belief the following:

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?
   ___ YES __X_ NO

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
   ___ YES __X_ NO

6/13/23
_____
Date

_____
Terrence A. Grady (0020845)
Attorney for Plaintiff Continental Real Estate Companies

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023 , I electronically transmitted the foregoing Corporate

Disclosure Certificate to the Clerk of Courts using the ECF System for filing and transmittal of a

Notice of Electronic Filing to the following ECF registrants:

United States of America
c/o Office of Kenneth L. Parker
Civil Process Clerk
United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH  43215

United States of America
c/o District Counsel's Office
Small Business Administration
409 3rd Street, SW
Washington, DC 20416

United States of America
c/o Merrick Garland
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Isabella Casillas Guzman
Administrator, Small Business Administration
409 3rd Street, SW
Washington, DC 20416

Terrence A. Grady (0020845)
Attorney for Plaintiff Continental Real Estate
Companies