# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL REAL ESTATE COMPANIES | : | |
| | : | Case No. 2:23-cv-01921 |
| Plaintiff, | : | Judge Sarah Morrison |
| v. | : | Magistrate Judge Jolson |
| UNITED STATES SMALL BUISNESS ADMINISTRATION, et al. | : | |
| Defendants. | : | |

## PLAINTIFF CONTINENTAL REAL ESTATE COMPANIES
## VOLUNTARY DISMISSAL OF COMPLAINT
## **WITH PREJUDICE**

The Plaintiff, Continental Real Estate Companies, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismisses its Complaint with prejudice.

Respectfully submitted,

s/ Katherine R. Dodson
Katherine R. Dodson (0078086)
Terrence A. Grady and Associates Co., L.P.A.
100 East Broad Street, Suite 2310
Columbus, Ohio 43215
Phone: (614) 849-0376
Facsimile: (614) 849-0379
Email: kdodson@tgradylaw.com
Attorney for Plaintiff Continental Real Estate Companies

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal has been served this 15th day of November 2023, upon all counsel of record via the court's electronic CM/ECF system.

        s/ Katherine R. Dodson
        Katherine R. Dodson (0078086)